# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Paul Staples | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: |
| Hartford Life and Accident Insurance Company | C07 03285 JF  RS |

TO: (Name and address of defendant)

Hartford Life and Accident Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur Johnson, Esq.
Butts & Johnson
481 North First St.
San Jose, CA 95112

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6/22/7

*(signature)*
(BY) DEPUTY CLERK