1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   dennis.rolstad@sdma.com
6
7  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| 12 | PAUL STAPLES, | CASE NO. C 07-03285 JF |
|---|---|---|
| 13 | Plaintiff, | **DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES** |
| 14 | v. | |
| 15 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, Does 1-25, | |
| 16 | | |
| 17 | Defendants. | |

18

19        Pursuant to Civil Local Rule 3-16, the undersigned attorneys of record for defendant

20 Hartford Life and Accident Insurance Company certifies that the following listed persons,

21 associations of persons, firms partnerships, corporations (including parent corporations) or other

22 entitled (i) have a financial interest in the subject matter controversy or in a party to the

23 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24 substantially affected by the outcome of this proceeding:

25        1.    Paul Staples, plaintiff in the action;

26        2.    Sverdrup Technology, Inc., plaintiff's employer;

27        3.    Hartford Life and Accident Insurance Company, defendant in this action;

28        4.    Hartford Life, Inc., parent corporation of Hartford Life and Accident Insurance

1         Company;

2     5.     Hartford Holdings, Inc., parent corporation of Hartford Life, Inc.; and

3     6.     The Hartford Financial Services Group, Inc., parent corporation of Hartford

4         Holdings, Inc.

DATED: July 31, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   s/ Dennis G. Rolstad
      Dennis G. Rolstad
      Erin A. Cornell
      Attorneys for Defendant
      HARTFORD LIFE AND ACCIDENT INSURANCE
      COMPANY