| | |
|---|---|
| 1 | BUTTS & JOHNSON<br>ARTHUR JOHNSON  Bar No. 36415 |
| 2 | 481 North First Street<br>San Jose, California 95112 |
| 3 | Telephone: (408) 293-4818<br>Facsimile: (408) 293-4857 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | PAUL STAPLES |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006<br>ERIN A. CORNELL  Bar No. 227135 |
| 9 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635<br>dennis.rolstad@sdma.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | PAUL STAPLES, | CASE NO. C 07-03285 JF |
| 19 | Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 20 | v. | |
| 21 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, Does 1-25, | |
| 22 | Defendants. | |

Pursuant to Northern District Local Rule 6-1, plaintiff Paul Staples ("Staples") and defendant Hartford Life and Accident Insurance Company ("Hartford") by and through their attorneys of record herein, hereby stipulate and agree that Hartford shall have an extension, to and until August 14, 2007, with which to file and serve its response to Staples' complaint in this

1 action. This extension will not affect any deadline which has been fixed by court order.

2     IT IS SO AGREED AND STIPULATED.

3 DATED: July 27, 2007    BUTTS & JOHNSON

4

5

6     By:   /s/ Heather Harper for
    Arthur Johnson
    Attorneys for Plaintiff
7     PAUL STAPLES

8

DATED: July 26, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10

11     By:   /s/ Dennis G. Rolstad
    Dennis G. Rolstad
12     Erin A. Cornell
    Attorneys for Defendant
13     HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28