**E-filed 9/19/07**

Arthur L. Johnson SBN 36415
BUTTS & JOHNSON
481 North First Street
San Jose, CA 95112
Tel. 408/293-4818
Fax. 408/293-3478
Email: jain@bjlaw.com

Attorneys for Plaintiff
PAUL STAPLES

UNITED STATES DISTRICT COURT

STATE OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL STAPLES,<br><br>    Plaintiff.<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, DOES 1-25,<br><br>    Defendants. | Case No.   C07-03285 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:             September 21, 2007<br>Time:           10:30 a.m.<br>Proposed Date:  October 5, 2007 |

    WHEREAS, this matter is currently set for an Initial Case Management Conference on September 21, 2007 and Plaintiff is associating as co-counsel Charles Perkins who specializes in the handling of ERISA cases. Mr. Perkins is unavailable this Friday, September 21, 2007.

    Additionally, the parties continue to discuss utilization of an agreed mediator to address potential settlement of this matter.

    THEREFORE, the parties believe that, in the interest of efficiency and avoiding potentially unnecessary expenses, the Initial Case Management Conference should be continued until October 5, 2007, or some other reasonable time so that Mr. Perkins can attend the hearing personally and the case management conference can be more productive with lead counsel present.

1  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their
2  respective counsel of record, that the Initial Case Management Conference, currently scheduled for
3  September 21, 2007 at 10:30 a.m. be continued to October 5, 2007 at 10:30 a.m., or some other date
4  to be specified by the court.
5  IT IS SO STIPULATED.
6  DATE:      September 18, 2007          BUTTS & JOHNSON
7
8                                          By_____
                                            ARTHUR L. JOHNSON
9                                           Attorneys for Plaintiff
10
11  DATE:      9/18/07                     SEDGWICK, DETERT, MORAN & ARNOLD
12
13                                          By_____
                                            DENNIS G. ROLSTAD
14                                          Attorneys for Defendants
15

## ORDER

17  IT IS HEREBY ORDERED that the Initial Case Management Conference, currently
18  scheduled for September 21, 2007 is continued to __10/5/07__.
19  IT IS SO ORDERED.
20
21  DATE:   9/19/07
                                            _____
22                                          JUDGE JEREMY FOGEL

Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C07-03285 JF