1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566 – Office
   (408) 399-6683 - Fax
4  Email: cbperk@earthlink.net

5  ARTHUR JOHNSON #36415
   BUTTS & JOHNSON
6  481 North First Street
   San Jose, California 95112
7  (408) 293-4818 – Office
   (408) 293-4857 - Fax

8
   Attorneys for Plaintiff
9  PAUL STAPLES

10

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14  PAUL STAPLES,                    )  Case No. C07 03285 JF
                                     )
15              Plaintiff,           )
                                     )  ASSOCIATION OF COUNSEL
16  vs.                              )
                                     )
17  HARTFORD LIFE AND ACCIDENT       )
    INSURANCE COMPANY; and DOES 1    )
18  though 25, inclusive,            )
                                     )
19              Defendants.          )
                                     )
20                                   )
                                     )
21  _____)

22

        Butts & Johnson being the attorney of record for Plaintiff, PAUL STAPLES, hereby
23
    associates Charles B. Perkins, of Flynn, Rose & Perkins, as co-counsel for Plaintiff in the above-
24
    entitled matter.
25
        The office address and telephone number of such associated counsel is:
26
    59 North Santa Cruz Avenue, Suite Q, Los Gatos, California 95050, (408) 399-4566.
27
    ////
28

1

2      DATE: 9/26/07                    BUTTS & JOHNSON

3                                       By_____

4                                       ARTHUR JOHNSON
                                        Attorney for Plaintiff

5      DATE: 9/26/07

6                                       FLYNN, ROSE & PERKINS

7                                       By_____

8                                       CHARLES B. PERKINS
                                        Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28