UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 5, 2007
**Case Number:** CV-07-3285-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | PAUL STAPLES  V. HARTFORD LIFE AND ACCIDENT INSURANCE CO. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present: Charles Perkins** | **Attorneys Present: Dennis Rolstad** |

PROCEEDINGS:
Case management conference held. Parties are present. The case is set for motions hearing on 3/7/08 at 9:00 a.m. The parties are to complete private arbitration by 12/31/07.