1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566 – Office
   (408) 399-6683 - Fax
4  Email: cbperk@earthlink.net

5  ARTHUR JOHNSON #36415
   BUTTS & JOHNSON
6  481 North First Street
   San Jose, California 95112
7  (408) 293-4818 – Office
   (408) 293-4857 - Fax
8
   Attorneys for Plaintiff
9  PAUL STAPLES

10 DENNIS G. ROLSTAD #150006
   SEDDWICK, DETERT, MORAN & ARNOLD, LLP
11 One Market Plaza, 8th Floor
   San Francisco, California 94105-1420
12 (415) 627-3435 – Office
   (415) 781-2635 – Fax
13 Email: dennis.rolstad@sdma.com

14 Attorney for Defendant
   HARTFORD LIFE AND ACCIDENT INS. CO.
15

16
                     UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18
19 PAUL STAPLES,                    )  Case No. C07 03285 JF
                                    )
20         Plaintiff,                )
                                    )  STIPULATION AND PROPOSED ORDER
   vs.                              )  CONTINUING MOTION DATE
21                                  )
22 HARTFORD LIFE AND ACCIDENT       )
   INSURANCE COMPANY; and DOES 1    )
23 though 25, inclusive,             )
                                    )
24         Defendants.               )
                                    )
25 _____)

26      WHEREAS, at the initial Case Management Conference in this matter on October 5, 2007,
27 a Motion hearing date was set for March 7, 2008, and the parties were ordered to complete private
28 Mediation by December 31, 2007;

1  WHEREAS, despite diligent attempts to schedule and complete the Mediation by
2 December 31, 2007, the parties were not able to do so;
3  WHEREAS, the Mediation is scheduled for January 30th, 2008;
4  THEREFORE, the parties, by their attorneys of record, hereby stipulate and request that the
5 Motion hearing date of March 7, 2008 be continued to April 11, 2008, or thereafter.
6  IT IS SO STIPULATED:

7
8  DATE: 1/3/08                    FLYNN, ROSE & PERKINS
                                    BUTTS & JOHNSON
9
10                                  By _____
                                    CHARLES B. PERKINS
11                                  Attorney for Plaintiff

12  DATE: _____           SEDGWICK, DETERT, MORAN &
                                    ARNOLD, LLP
13
14                                  By _____
                                    DENNIS ROLSTAD
15                                  Attorney for Defendant

16

17                                  **ORDER**

18  Having considered the Stipulation of the parties, it is hereby ordered that the Motion
19 hearing date in this matter, currently scheduled for March 7, 2008, is hereby continued to
20 _____.
21  IT IS SO ORDERED.
22
23  Dated: _____
                                    _____
24                                  JEREMY FOGEL, Judge, U.S. District
                                    Court.
25
26
27
28

WHEREAS, despite diligent attempts to schedule and complete the Mediation by December 31, 2007, the parties were not able to do so;

WHEREAS, the Mediation is scheduled for January 30th, 2008;

THEREFORE, the parties, by their attorneys of record, hereby stipulate and request that the Motion hearing date of March 7, 2008 be continued to April 11, 2008, or thereafter.

IT IS SO STIPULATED:

DATE: 1/3/08

FLYNN, ROSE & PERKINS
BUTTS & JOHNSON

By _____
CHARLES B. PERKINS
Attorney for Plaintiff

DATE: 1/7/08

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By _____
DENNIS ROLSTAD
Attorney for Defendant

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the Motion hearing date in this matter, currently scheduled for March 7, 2008, is hereby continued to _____.

IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL, Judge, U.S. District Court.