1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566 – Office
   (408) 399-6683 - Fax
4  Email: cbperk@earthlink.net

5  ARTHUR JOHNSON #36415
   BUTTS & JOHNSON
6  481 North First Street
   San Jose, California 95112
7  (408) 293-4818 – Office
   (408) 293-4857 - Fax
8
   Attorneys for Plaintiff
9  PAUL STAPLES

10 DENNIS G. ROLSTAD #150006
   SEDDWICK, DETERT, MORAN & ARNOLD, LLP
11 One Market Plaza, 8th Floor
   San Francisco, California 94105-1420
12 (415) 627-3435 – Office
   (415) 781-2635 – Fax
13 Email: dennis.rolstad@sdma.com

14 Attorney for Defendant
   HARTFORD LIFE AND ACCIDENT INS. CO.
15

16
                    UNITED STATES DISTRICT COURT
17
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18
   PAUL STAPLES,                        ) Case No. C07 03285 JF
19                                      )
          Plaintiff,                    )
20                                      ) STIPULATION AND ~~PROPOSED~~ ORDER
   vs.                                  ) CONTINUING MOTION DATE
21                                      )
   HARTFORD LIFE AND ACCIDENT           )
22 INSURANCE COMPANY; and DOES 1        )
   though 25, inclusive,                )
23                                      )
          Defendants.                   )
24                                      )
                                        )
25 _____ )

26       WHEREAS, at the initial Case Management Conference in this matter on October 5, 2007,

27 a Motion hearing date was set for March 7, 2008, and the parties were ordered to complete private

28 Mediation by December 31, 2007;

1  WHEREAS, despite diligent attempts to schedule and complete the Mediation by December 31, 2007, the parties were not able to do so;

WHEREAS, the Mediation is scheduled for January 30th, 2008;

THEREFORE, the parties, by their attorneys of record, hereby stipulate and request that the Motion hearing date of March 7, 2008 be continued to April 11, 2008, or thereafter.

IT IS SO STIPULATED:

DATE: 1/3/08

FLYNN, ROSE & PERKINS
BUTTS & JOHNSON

By _____
CHARLES B. PERKINS
Attorney for Plaintiff

DATE: _____

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By _____
DENNIS ROLSTAD
Attorney for Defendant

### ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the Motion hearing date in this matter, currently scheduled for March 7, 2008, is hereby continued to __4/11/08 at 9:00__.

IT IS SO ORDERED.

Dated: __1/15/08__

_____
JEREMY FOGEL, Judge, U.S. District Court.

WHEREAS, despite diligent attempts to schedule and complete the Mediation by December 31, 2007, the parties were not able to do so;

WHEREAS, the Mediation is scheduled for January 30th, 2008;

THEREFORE, the parties, by their attorneys of record, hereby stipulate and request that the Motion hearing date of March 7, 2008 be continued to April 11, 2008, or thereafter.

IT IS SO STIPULATED:

DATE: 1/3/08

FLYNN, ROSE & PERKINS
BUTTS & JOHNSON

By _____
CHARLES B. PERKINS
Attorney for Plaintiff

DATE: 1/7/08

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By _____
DENNIS ROLSTAD
Attorney for Defendant

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the Motion hearing date in this matter, currently scheduled for March 7, 2008, is hereby continued to _____.

IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL, Judge, U.S. District Court.