1  BUTTS & JOHNSON
   ARTHUR JOHNSON  Bar No. 36415
2  481 North First Street
   San Jose, California 95112
3  Telephone: (408) 293-4818
   Facsimile: (408) 293-4857
4
   Attorneys for Plaintiff
5  PAUL STAPLES

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
7  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
12

13              UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16 PAUL STAPLES,                              CASE NO. C 07-03285 JF

17         Plaintiff,                         **NOTICE OF CONDITIONAL SETTLEMENT**

18    v.

19 HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY; DOES 1-25,
20
           Defendants.
21

22 HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY,
23
           Counterclaimant,
24
      v.
25
   PAUL STAPLES,
26
           Plaintiff.
27

28

SF/1487411v1                                -1-                      CASE NO. C 07-03285 JF
                              NOTICE OF CONDITIONAL SETTLEMENT

1    PLEASE TAKE NOTICE that all of the parties to this action, plaintiff Paul Staples and
2 defendant Hartford Life and Accident Insurance Company, have agreed to a settlement of this
3 action conditioned only upon completion and execution of a written release agreement and
4 stipulation for dismissal, and performance of that agreement. The parties will submit a stipulation
5 for dismissal of this entire action, including the complaint and counterclaim, with prejudice
6 following the execution of the settlement agreement, which the parties estimate should be
7 accomplished within forty-five (45) days of the date of this notice.

8 DATED: February 14, 2008    BUTTS & JOHNSON

By: _____
Arthur Johnson
Attorneys for Plaintiff
PAUL STAPLES

13 DATED: February 14, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY