1  BUTTS & JOHNSON
   ARTHUR JOHNSON  Bar No. 36415
2  481 North First Street
   San Jose, California 95112
3  Telephone: (408) 293-4818
   Facsimile: (408) 293-4857
4
   Attorneys for Plaintiff
5  PAUL STAPLES

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
7  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
12
13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16 PAUL STAPLES,                          CASE NO. C 07-03285 JF

17        Plaintiff,                      **STIPULATION AND [PROPOSED]
                                          ORDER RE DISMISSAL OF ENTIRE
18     v.                                 ACTION WITH PREJUDICE**

19 HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY; DOES 1-25,
20
          Defendants.
21
22 HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY,
23
          Counterclaimant,
24
       v.
25
   PAUL STAPLES,
26
          Plaintiff.
27

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Paul

2    Staples and defendant Hartford Life and Accident Insurance Company, by and through their

3    respective attorneys of record herein, that the entire action, including the complaint and

4    counterclaim, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees

5    and costs.

6    DATED: February 25, 2008          BUTTS & JOHNSON

7

8                                      By: _____

9                                          Arthur Johnson
                                           Attorneys for Plaintiff
10                                         PAUL STAPLES

11   DATED: February 26, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

12

13

14                                     By: _____

15                                         Dennis G. Rolstad
                                           Erin A. Cornell
16                                         Attorneys for Defendant
                                           HARTFORD LIFE AND ACCIDENT INSURANCE
                                           COMPANY
17

18

19

20

21

22

23

24

25

26

27

28