```
 1  BUTTS & JOHNSON
    ARTHUR JOHNSON  Bar No. 36415
 2  481 North First Street
    San Jose, California 95112
 3  Telephone: (408) 293-4818
    Facsimile: (408) 293-4857
 4
    Attorneys for Plaintiff
 5  PAUL STAPLES

 6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
 7  DENNIS G. ROLSTAD  Bar No. 150006
    ERIN A. CORNELL  Bar No. 227135
 8  One Market Plaza
    Steuart Tower, 8th Floor
 9  San Francisco, California 94105
    Telephone: (415) 781-7900
10  Facsimile: (415) 781-2635

11  Attorneys for Defendant
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL STAPLES,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; DOES 1-25,<br><br>  Defendants. | CASE NO. C 07-03285 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>  Counterclaimant,<br><br>  v.<br><br>PAUL STAPLES,<br><br>  Plaintiff. | |

1   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Paul
2   Staples and defendant Hartford Life and Accident Insurance Company, by and through their
3   respective attorneys of record herein, that the entire action, including the complaint and
4   counterclaim, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees
5   and costs.
6   DATED: February 25, 2008     BUTTS & JOHNSON

By: _____
Arthur Johnson
Attorneys for Plaintiff
PAUL STAPLES

DATED: February 26, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

IT IS SO ORDERED.

_____
JUDGE JEREMY FOGEL, US DISTRICT COURT